UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILSON PADILLA DIAZ,

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondent.

No.  1:26-cv-4703 DAD AC

ORDER

Petitioner, an immigration detainee proceeding through appointed counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Respondents filed a notice of related cases stating that this case was related to Padilla Diaz v. Director, California City Correctional Facility (Padilla Diaz I), No. 1:26-cv-3608 DAD AC (E.D. Cal.).  ECF No. 8. Petitioner was ordered to file an amended petition in Padilla Diaz I, and it appears that the petition in this case was inadvertently opened as a new action rather than being filed as an amended petition in Padilla Diaz I.  The petition in this action will therefore be filed as an amended petition in Padilla Diaz I and this action will be closed.  Counsel will be re-appointed in Padilla Diaz I and a briefing schedule will issue in Padilla Diaz I once the amended petition has been docketed.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to file the petition in this case as an amended petition in Padilla Diaz v. Director, California City

1

Correctional Facility, No. 1:26-cv-3608 DAD AC (E.D. Cal.), and close this case.

DATED: June 26, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE